

**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**